**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

USA,

        Plaintiff,

v.                                       Case No:   6:04-cv-393-PGB-LHP

CHERYL E. BOND,

        Defendant

---

**ORDER**

Before the Court is the United States' Motion for Order Directing United States Marshals Service to Serve Writ of Garnishment.  Doc. No. 34.  On review, the motion (Doc. No. 34) is **DENIED without prejudice** for failure to include a memorandum of legal authority as required by Local Rule 3.01(a).  A general citation to 28 U.S.C. § 3205 does not suffice.

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2025.

*[signature: Leslie Hoffman Price]*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 2 -

Unrepresented Parties