# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

USA,

        Plaintiff,

v.                                    Case No:   6:04-cv-393-PGB-LHP

CHERYL E. BOND,

        Defendant

---

## ORDER

Before the Court is the United States' Amended Motion for Order Directing United States Marshals Service to Serve Writ of Garnishment. Doc. No. 36. On review, the amended motion (Doc. No. 36) is **GRANTED**. *See* 28 U.S.C. § 566(c). The United States Marshals Service is **DIRECTED** to serve Defendant Cheryl E. Bond with a copy of the *Ex Parte* Amended Application for Writ of Garnishment (Doc. No. 28), the Amended Writ of Garnishment, Clerk's Notice of Garnishment, and Claim for Exemptions and Request for Hearing or Transfer (Doc. No. 30), and the Answer of Garnishee (Doc. No. 32). The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Marshals Service.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties