# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

USA,

      Plaintiff,

v.                                                Case No:   6:04-cv-393-PGB-LHP

CHERYL E. BOND,

      Defendant

---

## ORDER

Before the Court is the United States' Motion to Quash Writ of Garnishment, stating that the United States is no longer seeking to garnish Defendant's non-exempt property because she passed away on May 2, 2025. Doc. No. 39. On review, the motion (Doc. No. 39) is **GRANTED**, and the Writ of Garnishment issued against Morgan Stanley Smith Barney, LLC (Doc. No. 30) is **QUASHED**. 28 U.S.C. § 3205(c)(10)(A). The Clerk of Court is **DIRECTED** to terminate Morgan Stanley Smith Barney, LLC in this action.

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties